IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **PAUL KYLES, SR., # 46689-510** ) | |
| ) | |
| Petitioner, ) | |
| ) | **Crim. Action No. 23-00047-KD-B** |
| v. ) | **Civil Action No. 24-00345-KD-B** |
| ) | |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Respondent. ) | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the report and recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1) and S.D. Ala. GenLR 72(a)(2)(R) and dated October 30, 2024, (Doc. 108), is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Petitioner Paul Kyles, Sr.'s motion to withdraw his § 2255 motion, (Doc. 105), be **GRANTED**, that Kyles's § 2255 motion, (Doc. 103), be **TERMINATED as withdrawn**, and that this action be **DISMISSED**.

**DONE** and **ORDERED** this the **26th** day of **November 2024.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**